IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THINKDIRECT MARKETING GROUP, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GRAYSQUARE, INC.,**<br><br>*Defendant.* | Case No. 2:24-CV-0754-JDW |

## ORDER

AND NOW, this 29th day of July, 2024, upon consideration of Plaintiff Thinkdirect Marketing Group, Inc.'s Request For Entry Of Default Judgment (ECF No. 7), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. Judgment is **ENTERED** in favor of Thinkdirect Marketing Group, Inc. and against Graysquare, Inc. in the amount of $179,254.44. The Clerk of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**